United States District Court
Southern District of Texas
**ENTERED**
November 05, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARACELI MORALES, | § | |
| Petitioner, | § | |
| v. | § | |
| | § | Civil Action No. 1:19-cv-00096 |
| OMAR LUCIO, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 14). The R&R recommended the Court (1) dismiss as moot Araceli Morales's ("Petitioner") "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person in State Custody" ("Petitioner's Motion") (Docket No. 1), (2) refuse to issue a certificate of appealability, and (3) direct the Clerk of Court to close the above-captioned case. Docket No. 14 at 6. Petitioner did not object to the R&R.

After a review of the file for clear error, the Court **ADOPTS** the R&R. Petitioner's Motion (Docket No. 1) is **DISMISSED WITH PREJUDICE**. The Court **DECLINES** to issue a certificate of appealability, and the Court **ORDERS** the Clerk of Court to close the above-captioned case.

Signed on this ___4th___ day of ___November___, 2019.

Rolando Olvera
United States District Judge